# MARKUS & SHERIDAN, LLP

Attorneys at Law
118 North Bedford Road
Suite 305
Mount Kisco, New York 10549
Telephone: (914) 241-6300
Telecopier: (914) 241-6308

**MEMO ENDORSED**

*New York City Office:*
*60 East 42nd Street, Suite 4600*
*New York, New York 10165*
*Telephone: (212) 682-1115*

MARC O. SHERIDAN
E-mail: marc@mslawny.com

August 8, 2022

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St.
Courtroom 533
White Plains, New York 10601

Re: *Seamus A. Acton v. Powerline Cycles, Inc., et al.*
Civ. No.: 22-CV-04305 (KMK)

Dear Judge Karas:

My firm represents the Defendants in connection with the above-referenced matter, and we are in receipt of the Court's August 2, 2022 notice of an initial telephonic conference (Dkt No. 12). I write with consent of counsel for Plaintiff to respectfully request a one-week adjournment of the initial conference scheduled for October 13, 2022 at 10:00 a.m. to October 20, 2022 at 10:00 a.m. The reason for this request is that I will be in Orlando, Florida lecturing as part of the faculty for the Attorneys For Family-Held Enterprises conference on October 13th at the scheduled time. This is the first request for an adjournment of the initial conference. I am available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/

Marc O. Sheridan

cc: Bernard Weinreb, Esq. (*via ECF*)

Granted. The conference will go forward on October 20, 2022 at 10:00 AM via Telephone.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/9/2022