UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SEAMUS A. ACTON,

                         Plaintiff,                    **ORDER**

      -against-                              22 Civ. 4305 (AEK)

POWERLINE CYCLES INC., THOMAS BRUNO,
and MARK ROMACCI,

                         Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

     The Clerk of Court is respectfully directed to amend the caption of this case to read as follows:

> UNITED STATES DISTRICT COURT
> SOUTHERN DISTRICT OF NEW YORK
> ------------------------------------------------------------X
>
> SEAMUS A. ACTON,
>
>                          Plaintiff,
>
>       -against-                              22 Civ. 4305 (AEK)
>
> POWERLINE CYCLES INC., THOMAS BRUNO,
> and MARK ROMANYCH,
>
>                          Defendants.
> ------------------------------------------------------------X

Dated: May 30, 2024
       White Plains, New York

                                                 **SO ORDERED.**

                                                 _____
                                                 ANDREW E. KRAUSE
                                                 United States Magistrate Judge